United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM MCDONALD,

    Plaintiff,

    v.

SAN FRANCISCO UNIFIED SCHOOL DISTRICT,

    Defendant.
_____/

No. C 07-04249 PJH

**ORDER**

    The court is in receipt of a declaration filed by plaintiff on October 29, 2007, in response to the court's order of October 24, 2007.

    Unfortunately, the court cannot consider the declaration because plaintiff failed to file a certificate of service showing that the defendant was served with a copy of the declaration.  See Civil L.R. 5-6.  If plaintiff intends for the court to consider the declaration, he must serve defendants and file a certificate of service.

    In the future, any documents plaintiff files with the court must be served on defendants, and plaintiff must file a certificate of service to that effect.

**IT IS SO ORDERED.**

Dated: October 29, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge