1  Kathleen Maylin (State Bar No. 155371)
   Lori Regler (State Bar No. 206390)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, CA  94105
   Telephone     415.394.9400
4  Facsimile:    415.394.9401

5  Attorneys for Defendant
   SAN FRANCISCO UNIFIED SCHOOL DISTRICT
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  ADAM McDONALD,                    | Case No. C 07 4249 PJH
12            Plaintiff,
                                       | **CERTIFICATE OF SERVICE**
13       v.
14  SAN FRANCISCO UNIFIED SCHOOL
    DISTRICT,
15
              Defendant.
16

1

# CERTIFICATE OF SERVICE

Case Name:  Adam McDonald v. San Francisco Unified School District
Case No.:   USDC-ND; C-07-04249 PJH
Matter No.: 115355

I, David T. Casey, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On November 14, 2007, I served the attached **DEFENDANT SAN FRANCISCO UNIFIED SCHOOL DISTRICT'S REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** in this action by placing a true and correct copy thereof, enclosed in a sealed envelope(s) addressed as follows:

    Adam McDonald
    1728 Ocean Avenue, #285
    San Francisco, Ca  94112

[X]  BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. [( ) *Courtesy copy by fax.*]

[ ]  BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[ ]  BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]  BY FACSIMILE: I caused such document to be transmitted by facsimile from our fax number (415) 394-9401 to the fax number indicated above (by written agreement, confirming letter dated and signed MM/DD/YY).

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 14, 2007, at San Francisco, California.

_____
DAVID T. CASEY