UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM MCDONALD,

      Plaintiff(s),                      No. C 07-04249 PJH

  v.                                **CLERK'S NOTICE**

SAN FRANCISCO UNIFIED
SCHOOL DISTRICT,

      Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on **January 17, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** November 29, 2007, in this matter. A joint or separate case management conference statement(s) shall be filed by January 10, 2008.

                                      Richard W. Wieking
                                      Clerk, U.S. District Court

                                      by:_____
                                      Nichole Heuerman, Deputy Clerk
                                      Honorable Phyllis J. Hamilton
                                      (415) 522-2023

Dated: November 21, 2007