**United States District Court**
For the Northern District of California

1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                       NORTHERN DISTRICT OF CALIFORNIA
8
9
10   ADAM MCDONALD,
11           Plaintiff,                          No. C 07-4249 PJH
12      v.                                       **ORDER**
13   SAN FRANCISCO UNIFIED SCHOOL
     DISTRICT,
14
             Defendant.
15   _____/

16          The court has read and considered the declaration filed by plaintiff Adam McDonald

17   pursuant to the court's order of October 24, 2007.  Based on the fact that the right-to-sue

18   letter was mailed by the EEOC on May 16, 2007, the court would ordinarily presume that

19   the letter had arrived on May 19, 2007.

20          Plaintiff asserts that he did not receive the letter until "the 21st at the earliest."  The

21   court finds it reasonable, based on the fact that the letter was mailed to the wrong address,

22   that delivery would have taken an additional two days beyond the presumed three days for

23   delivery.

24          The complaint was required to be filed within 90 days of the date of receipt of the

25   right-to-sue letter.  That date was August 19, 2007.  However, August 19, 2007, was a

26   Sunday.  Thus, the complaint, which was filed on Monday, August 20, 2007, was timely

27   filed.

28          Accordingly, the motion of defendant San Francisco Unified School District to

1   dismiss the complaint as untimely filed is DENIED.  Defendant's remaining grounds for

2   seeking dismissal remain valid, as set forth in the court's order of October 24, 2007.  In

3   accordance with that order, plaintiff must file an amended complaint if he wishes to avoid

4   having the case dismissed.  As stated in the order, the deadline for filing the amended

5   complaint is Wednesday, December 5, 2007.

6

7   **IT IS SO ORDERED.**

8   Dated:  November 21, 2007

9                                                  PHYLLIS J. HAMILTON
                                                   United States District Judge

**United States District Court**
For the Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2