**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 19, 2007

RE: <u>CV 07-04249 PJH</u>     <u>ADAM MCDONALD-v- SAN FRANCISCO UNIFIED SCHOOL DISTRICT</u>

Default is declined as to Defendant San Francisco Unified School District on December 19, 2007.

RICHARD W. WIEKING, Clerk

*Felicia Reloba*

by: <u>Felicia Reloba</u>
Case Systems Administrator