UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM MCDONALD,

    Plaintiff,

v.

SAN FRANCISCO UNIFIED SCHOOL DISTRICT,

    Defendant.
_____/

No. C 07-4249 PJH

**ORDER DENYING MOTION FOR ENTRY OF DEFAULT**

Plaintiff's motion for entry of default is DENIED.

Under Federal Rule of Civil Procedure 15, "[u]nless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 10 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a).

When a period of time prescribed or allowed by the Federal Rules of Civil Procedure is less than 11 days, "intermediate Saturdays, Sundays, and legal holidays" are excluded. Fed. R. Civ. P. 6(a). "[T]he day of the act . . . that begins the period" is also excluded. Id. In addition, when service is made by mail under Rule 5(2)(C), "3 days are added after the period would otherwise expire under Rule 6(a)." Fed. R. Civ. P. 6(d).

Plaintiff served the amended complaint by mail on December 4, 2007. Ten days

from December 4, 2007, as calculated under Rule 6(a), is December 18, 2007. Because service was by mail, an additional three days are added. Thus, defendant's response is due December 21, 2007, unless it obtains leave of court for additional time. Plaintiff filed his motion for default judgment on December 17, 2007, before the time for defendant to respond to the amended complaint had passed.

**IT IS SO ORDERED.**

Dated: December 19, 2007

PHYLLIS J. HAMILTON
United States District Judge