1  Kathleen Maylin (State Bar No. 155371)
   Lori Regler (State Bar No. 206390)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, CA  94105
   Telephone    415.394.9400
4  Facsimile:    415.394.9401

5  Attorneys for Defendant
   SAN FRANCISCO UNIFIED SCHOOL DISTRICT
6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11 | ADAM McDONALD,                          | Case No. C 07 4249 PJH
12 |              Plaintiff,
                                             | **CERTIFICATE OF SERVICE**
13 |     v.
14 | SAN FRANCISCO UNIFIED SCHOOL
   | DISTRICT,
15
   |              Defendant.
16

1

CERTIFICATE OF SERVICE                                                   C-07-4249PJH

## CERTIFICATE OF SERVICE

Case Name:   Adam McDonald v. San Francisco Unified School District
Case No.:    USDC-ND; C-07-04249 PJH
Matter No.:  115355

I, David T. Casey, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On December 21, 2007, I served the attached **DEFENDANT SAN FRANCISCO UNIFIED SCHOOL DISTRICT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES** in this action by placing a true and correct copy thereof, enclosed in a sealed envelope(s) addressed as follows:

> Adam McDonald
> 1728 Ocean Avenue, #285
> San Francisco, Ca  94112

[X]   BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.  [( ) *Courtesy copy by fax.*]

[ ]   BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[ ]   BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]   BY FACSIMILE: I caused such document to be transmitted by facsimile from our fax number (415) 394-9401 to the fax number indicated above (by written agreement, confirming letter dated and signed MM/DD/YY).

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 21, 2007, at San Francisco, California.

DAVID T. CASEY