UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM MCDONALD

      Plaintiff,

      v.

SAN FRANCISCO UNIFIED SCHOOL DISTRICT,

      Defendant.
_____/

No. C 07-04249 PJH

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

      Plaintiff's motion for default judgment is DENIED. As explained in the December 19, 2007, order denying plaintiff's motion for entry of default, defendant is not in default.

      Because of a clerical error, plaintiff's copy of the December 19, 2007, order was misdirected. Accordingly, the clerk will enclose another copy of the December 19, 2007, order when the present order is mailed to plaintiff.

      The court also reminds plaintiff that his written response to defendant's motion to dismiss is due on Wednesday, January 9, 2008.

**IT IS SO ORDERED.**

Dated: January 3, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge