United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM MCDONALD,

        Plaintiff,

    v.

SAN FRANCISCO UNIFIED SCHOOL DISTRICT,

        Defendant.
_____/

No. C 07-4249 PJH

**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**

    Plaintiff's second motion for default judgment, filed January 7, 2008, is DENIED.

**IT IS SO ORDERED.**

Dated: January 8, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge