UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM MCDONALD,

    Plaintiff(s),　　　　　　　　　　No. C 07-04249 PJH

   v.　　　　　　　　　　　　　　　　**CLERK'S NOTICE**

SAN FRANCISCO UNIFIED
SCHOOL DISTRICT,

    Defendant(s).
_____/

    YOU ARE HEREBY NOTIFIED that on **March 13, 2008** at **2:30 p.m.**, in Courtroom No. 3 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE PHYLLIS J. HAMILTON will conduct the Initial Case Management Conference **previously noticed for** January 17, 2008, in this matter. A joint or separate case management conference statement(s) shall be filed by March 6, 2008.

                       Richard W. Wieking
                       Clerk, U.S. District Court

                       by:_____
                       Nichole Heuerman, Deputy Clerk
                       Honorable Phyllis J. Hamilton
                       (415) 522-2023

Dated: January 11, 2008