UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ADAM MCDONALD,

    Plaintiff,

    v.

SAN FRANCISCO UNIFIED SCHOOL DISTRICT

    Defendant.
_____/

No. C 07-4249 PJH

**JUDGMENT**

The court having granted defendant's motion to dismiss for failure to state a claim, and having dismissed the complaint with prejudice,

It is Ordered and Adjudged

That plaintiff Adam McDonald take nothing, and that the action be dismissed.

Dated: January 23, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge